UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MICHGALE ANTIONE MITCHELL, ) ) ) Plaintiff, ) ) vs. ) ) JUDGE ALFRED BAHAKEL, et al., ) ) Defendants. ) | Case No.  CV 07-S-1055-M |

## MEMORANDUM OF OPINION

The magistrate judge filed a Report and Recommendation on July 24, 2008, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted  pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

DONE this 21st day of August, 2008.

                                                                                                                                 */s/ Lynwood Smith*
                                                             United States District Judge